# CETUS MARITIME

## CERTIFICATE OF REDELIVERY

**Vessel:** CHINA SPIRIT
**Call sign:** VRLC4
**IMO No:** 9655846

This is to certify that above vessel has been redelivered to her commercial Owners, GLOBAL AMERICAN TRANSPORT LLC

**Charterers:** BALTNAV

on dropping last outbound sea pilot / passing: **MUSCAT** (Port/Place)

at LT **08:06:00** on the (hrs) **2024/3/15** (date)
at UTC **04:06:00** on the (hrs) **2024/3/15** (date)

In accordance with the CP dated _____ (date)

At time of redelivery, bunkers remaining onboard:

LSFO: **153.44** MT

LSMGO: **57.535** MT

**MUSCAT** (Place)

for and on behalf of the Owners:

**2024/3/15** (date)

Xu Youlong
Master

Du Shanwu
Chief Eng.

for and on behalf of the Charterers:

Name/Title