

## Hire Statement

| | | | |
|---|---|---|---|
| Vessel: CHINA SPIRIT | CP Date: Jan 30 2024 | Chartered From: | Global American Transport LLC |
| Delivery: Jan 30 2024 | Redelivery: Mar 15 2024 | Printed On: Apr 17 2024 | |

**Gross Hire**

| | | |
|---|---|---|
| 30/01/24 08:40 - 15/03/24 04:06, 44,809722 @ 12.000,00 | | 537,716.67 |
| Net Hire | | 537,716.67 |

**Hire Commissions**

| | | |
|---|---|---|
| Address Commission (30/01/24 08:40 - 15/03/24 04:06, 3.75%) | | (20,164.38) |
| Total Hire Commissions | | (20,164.38) |

**Bunker Value on Delivery**

| | | |
|---|---|---|
| LSG Delivery (57,556 MT @825.00) | 47,483.70 | |
| ULF Delivery (150,692 MT @657.00) | 99,004.64 | |
| Total Bunker Value At Delivery | | 146,488.34 |

**Bunker Value on Redelivery**

| | | |
|---|---|---|
| LSG Redelivery (57,535 MT @820.00) | 47,178.70 | |
| ULF Redelivery (153,440 MT @655.00) | 100,503.20 | |
| Total Bunker Value At Redelivery | | (147,681.90) |

| | | |
|---|---|---|
| Cable / Gratuities @ 1.300,00 / Month (30/01/24 08:40-15/03/24 04:06) | | 1,962.99 |
| Total Cable / Gratuities | | 1,962.99 |

**Owner's Expenses**

**Other Adjustment**

| | | |
|---|---|---|
| ILOHC (AAB71-I0001-3, 15/03/2024) | | 5,000.00 |
| On-hire survey (AAB71-I0001-3, 15/03/2024) | | (490.00) |
| BUNKERS AT GEELONG COMPENSATION 904usd/mt -642usd/mt SG platts x 298.077mt (AAB71-I0001-3, 15/03/2024) | | (78,096.17) |
| Off-hire survey (AAB71-I0001-3, 15/03/2024) | | (550.00) |
| Total Adjustment | | (74,136.17) |

**Payment**

| | | |
|---|---|---|
| Amount Paid On 01/02/2024 | | 358,443.55 |
| Amount Paid On 09/02/2024 | | 173,922.41 |
| Total Amount Paid | | (532,365.96) |
| Balance In Charterer's Favor | | 88,180.41 |
| Total Broker Commission Paid | | .00 |

**Banking Details:**
Nykredit USD
Nykredit KBH
Kalvebod Brygge 1-3
1780 København V
Swift Code: NYKBDKKK
Acct. No: 54719511484
IBAN: DK7654710009511484
In Favour Of: BaltNav Singapore Pte. Ltd.