# Craig Blackwood

| | |
|---|---|
| **From:** | legal@gatransportllc.com |
| **Sent:** | 24 May 2024 13:56 |
| **To:** | Anders Willemoes Larsen - Control |
| **Cc:** | David Handley; Sabrina Lim; Legal - Baltnav; Serene Sim - Singapore Operations; FIS Ops Singapore; dsyllantavos@gatransportllc.com; tmassey@gatransportllc.com; ops@gatransportllc.com |
| **Subject:** | Fw: RE: CHINA SPIRIT / GAT-BALTNAV / CLEAN RECAP DD 30TH JAN 2023 / PHS / LETTER OF DEMAND [NOE-LIVE.FID4871957] |
| **Attachments:** | TC In Hire Statement Report - 2024-05-22T143857.816 (1).pdf |

All/Cpt Maik

Gm

While we appreciate merits on Charts message below, it seems that last sentence entitles some over reaction Charts side.

Apologize for the delay, which has been totally internal procedural hickup, and same will be settled next week.

Trust charts support accordingly

Regards



**Global American Transport LLC**
**77 West Wacker Drive, 45th Fl,**
**Chicago, IL, 60601, USA**

T: +1 312. 312. 9593 (24hrs)
E:   ops@gatransportllc.com
W: **www.gatransportllc.com**

---

*[Message sent via SOFTWAY Communicator]*

---Original Message---

From: Anders Willemoes Larsen - Control <control@baltnav.com>
To: FIS Ops Singapore <ops.singapore@freightinvestor.com>
Cc: David Handley <david.handley@north-standard.com>, Sabrina Lim <sabrinal@freightinvestor.com>, Legal - Baltnav <legal@baltnav.com>, Serene Sim - Singapore Operations <ops.singapore@baltnav.com>, FIS Ops Singapore <ops.singapore@freightinvestor.com>, dsyllantavos@gatransportllc.com, tmassey@gatransportllc.com, ops@gatransportllc.com, legal@gatransportllc.com

1

Subject: RE: CHINA SPIRIT / GAT-BALTNAV / CLEAN RECAP DD 30TH JAN 2023 / PHS / LETTER OF DEMAND [NOE-LIVE.FID4871957]
Ref.No: 560478
Date: Fri, 24 May 2024 15:28:32 +0300

Good day Amit / Anders,
Cc.: Global American Transport LLC, Management Team

We are very disappointed about Owners lack remittance and reply.

We have now instructed our club to commence arbitration.

Furthermore we will notify Bimco about Owners behavior in order to warn other Chrtrs about Owners.

```
Best regards,
Anders Willemoes
Direct: +45 3023 5270
Baltnav A/S
as agents to
Baltnav Singapore Pte Ltd
```



----------- Original Message -----------
From: "Anders Willemoes Larsen - Control" <control@baltnav.com>
Date: Wednesday, May 22nd 2024 at 4:15 pm
Subject: RE: CHINA SPIRIT / GAT-BALTNAV / CLEAN RECAP DD 30TH JAN 2023 / PHS / LETTER OF DEMAND [NOE-LIVE.FID4871957]
To: "FIS Ops Singapore" <ops.singapore@freightinvestor.com>
Cc: "David Handley" <david.handley@north-standard.com>,"Sabrina Lim" <sabrinal@freightinvestor.com>,"Legal - Baltnav" <legal@baltnav.com>,"Serene Sim - Singapore Operations" <ops.singapore@baltnav.com>,"FIS Ops Singapore" <ops.singapore@freightinvestor.com>

Good day Amit / Anders,

We regret to inform you that we have not received any funds or response from Owners, which is highly disappointing.

We have been very patience in this matter, but Owners silence is unacceptable!

As a result, we find ourselves compelled to commence arbitration proceedings on Friday, May 24th, which will incur additional costs chargeable to Owners' account in the amount of £5,450.

To avoid arbitration over the outstanding sum of USD 88,180.41, we strongly urge Owners to settle the outstanding amount by the close of business on May 23rd 2024. Please provide an MT103 as confirmation of the funds transfer within the specified deadline.

Awaiting Owners.

Thanks

```
Best regards,
Anders Willemoes
Direct: +45 3023 5270
```
[Baltnav A/S](#)
```
as agents to
Baltnav Singapore Pte Ltd
```

---------- Original Message ----------
From: "Anders Willemoes Larsen - Control" <control@baltnav.com>
Date: Tuesday, May 14th 2024 at 9:32 am
Subject: RE: CHINA SPIRIT / GAT-BALTNAV / CLEAN RECAP DD 30TH JAN 2023 / PHS / LETTER OF DEMAND [NOE-LIVE.FID4871957]
To: "FIS Ops Singapore" <ops.singapore@freightinvestor.com>
Cc: "David Handley" <david.handley@north-standard.com>,"Sabrina Lim" <sabrinal@freightinvestor.com>,"Legal - Baltnav" <legal@baltnav.com>,"Serene Sim - Singapore Operations" <ops.singapore@baltnav.com>,"FIS Ops Singapore" <ops.singapore@freightinvestor.com>

Good day Amit / Anders,

Maybe I have overlooked, but I cannot see that we have received funds or feedback from Owners.

Vessel was redelivered back to Owners almost 2 months ago and balance in Charterers favor are significant high, so we really needs to close this

Kindly advise prompt.

```
Best regards,
Anders Willemoes
Direct: +45 3023 5270
```
[Baltnav A/S](#)
```
as agents to
Baltnav Singapore Pte Ltd
```

---------- Original Message ----------
From: "FIS Ops Singapore" <ops.singapore@freightinvestor.com>
Date: Saturday, May 4th 2024 at 10:55 am
Subject: RE: CHINA SPIRIT / GAT-BALTNAV / CLEAN RECAP DD 30TH JAN 2023 / PHS / LETTER OF DEMAND [NOE-LIVE.FID4871957]
To: "David Handley" <david.handley@north-standard.com>
Cc: "Sabrina Lim" <sabrinal@freightinvestor.com>,"Legal - Baltnav" <legal@baltnav.com>,"Serene Sim - Singapore Operations" <ops.singapore@baltnav.com>,"Janie Søgaard - Control" <control@baltnav.com>,"FIS Ops Singapore" <ops.singapore@freightinvestor.com>

Dear Sir / Madam,

Good Day!

3

Please find below from GAT:

+++

APOLOGIES LATE REPLY AS DUE GREEK ORTHODOX HOLIDAYS

WE REVERT AS OF NEXT TUESDAY AND WILL ARRANGE SAME.

+++

Kind Regards,



Amit Prasad

M: +91 9987791761 | T: +9 1 22 4749 2244 | S: live:.cid.a2821a3ada3a4f3a
E: ops.singapore@freightinvestor.com | W: freightinvestorservices.com
A: 408, Goldcrest Business Park, Ghatkopar Mumbai 400086, INDIA (W),



**From:** David Handley <david.handley@north-standard.com>
**Sent:** Friday, May 3, 2024 8:10 PM
**To:** FIS Ops Singapore <ops.singapore@freightinvestor.com>
**Cc:** Sabrina Lim <sabrinal@freightinvestor.com>; Legal - Baltnav <legal@baltnav.com>; Serene Sim - Singapore Operations <ops.singapore@baltnav.com>; Janie Søgaard - Control <control@baltnav.com>
**Subject:** RE: CHINA SPIRIT / GAT-BALTNAV / CLEAN RECAP DD 30TH JAN 2023 / PHS / LETTER OF DEMAND [NOE-LIVE.FID4871957]

External Sender:

Dear Sirs and Mesdames,

Please would you ensure that the following message is passed to the Owners.

Quote

Dear Sirs and Mesdames,

Despite several reminders, the sums owed to our members, Baltnav, remain unpaid.

Our members now have no alternative but to commence arbitration against you.

Pursuant to Clause 45 of the governing charter, disputes are to be referred to arbitration in London with English law to apply.

The outstanding sums in this matter are less than US$100,000

We are sending you this matter and inviting you to agree one of the following three arbitrators:

Karina Albers;
James A Baker ; or
Dr Julian Brown

You now have 14 days to agree to one of the arbitrators listed above or provide another name with which our members can agree. If you do not respond or agreement cannot be reached, we will apply to the president of the LMAA for them to appoint an arbitrator who can provide an award that is binding on the parties.

All rights remain reserved.

End Quote



**David Handley**
FD&D Claims Senior Solicitor - Nordics & Northern Europe

The Quayside, Newcastle upon Tyne, NE1 3DU, United Kingdom
T: +44 191 232 5221 | M: +44 (0) 7842 423317 | E: david.handley@north-standard.com

---

**From:** FIS Ops Singapore <ops.singapore@freightinvestor.com>
**Sent:** Thursday, April 25, 2024 3:34 PM
**To:** David Handley <david.handley@nepia.com>
**Cc:** Sabrina Lim <sabrinal@freightinvestor.com>; Legal - Baltnav <legal@baltnav.com>; Serene Sim - Singapore Operations <ops.singapore@baltnav.com>; Janie Søgaard - Control <control@baltnav.com>; FIS Ops Singapore <ops.singapore@freightinvestor.com>
**Subject:** [EXTERNAL] RE: CHINA SPIRIT / GAT-BALTNAV / CLEAN RECAP DD 30TH JAN 2023 / PHS / LETTER OF DEMAND [NOE-LIVE.FID4871957]

**Caution:** This message originated outside NorthStandard.

Dear Sir/Madam,

The below mail has been passed to owners and are chasing owners for a reply.

Kind Regards,



Amit Prasad

M: +91 9987791761 | T: +9 1 22 4749 2244 | S: live:.cid.a2821a3ada3a4f3a
E: ops.singapore@freightinvestor.com | W: freightinvestorservices.com
A: 408, Goldcrest Business Park, Ghatkopar Mumbai 400086, INDIA (W),



**From:** David Handley <david.handley@north-standard.com>
**Sent:** Thursday, April 25, 2024 7:21 PM
**To:** David Handley <david.handley@north-standard.com>; FIS Ops Singapore <ops.singapore@freightinvestor.com>
**Cc:** Sabrina Lim <sabrinal@freightinvestor.com>; Legal - Baltnav <legal@baltnav.com>; Serene Sim - Singapore Operations <ops.singapore@baltnav.com>; Janie Søgaard - Control <control@baltnav.com>
**Subject:** RE: CHINA SPIRIT / GAT-BALTNAV / CLEAN RECAP DD 30TH JAN 2023 / PHS / LETTER OF DEMAND [NOE-LIVE.FID4871957]

External Sender:

Dear Sirs and Mesdames,

Please confirm that this message has been passed to the Owners and would you chase them for a reply?

Kind regards,



**David Handley**
FD&D Claims Senior Solicitor - Nordics & Northern Europe

The Quayside, Newcastle upon Tyne, NE1 3DU, United Kingdom
T: +44 191 232 5221 | M: +44 (0) 7842 423317 | E: david.handley@north-standard.com

**From:** David Handley <david.handley@north-standard.com>
**Sent:** Wednesday, April 17, 2024 2:46 PM
**To:** ops.singapore@freightinvestor.com
**Cc:** sabrinal@freightinvestor.com; Legal - Baltnav <legal@baltnav.com>; Serene Sim - Singapore Operations <ops.singapore@baltnav.com>; Janie Søgaard - Control <control@baltnav.com>
**Subject:** CHINA SPIRIT / GAT-BALTNAV / CLEAN RECAP DD 30TH JAN 2023 / PHS / LETTER OF DEMAND [NOE-LIVE.FID4871957]

Dear Sirs and Mesdames,

We should be grateful if you would urgently pass on the following message to Owners:

QUOTE

**Letter before Action – Unpaid Hire China Spirit cp dd 30.01.2024**

We hold the Defence Class entry for the Charterers of the above vessel.

Our Members have passed on to us their papers concerning the outstanding hire payment of US$88,180.41 (net) due under the above Charterparty.

Despite repeated demands by our Members, these sums remain unpaid. Your delay in paying is wholly unacceptable to our Members.

We hereby give you final notice that unless the outstanding sums are paid in full within seven (7) days then we will be left with no option but to recommend to our Members that we immediately commence formal legal proceedings on their behalf to recover this debt. Should such action prove necessary then our Members will also seek interest on the demurrage together with any costs incurred. We will also have to consider taking immediate action to obtain security for the claim and reporting you to the appropriate maritime authorities for non-payment of your debts. It is, therefore, in your best interests to address this claim immediately to avoid such action.

Obviously our Members would prefer to resolve this matter amicably and we look forward to receiving evidence of the remittance within the above deadline.

All of our Members' rights are fully reserved.

End Quote



**David Handley**
FD&D Claims Senior Solicitor - Nordics & Northern Europe

The Quayside, Newcastle upon Tyne, NE1 3DU, United Kingdom
T: +44 191 232 5221 | M: +44 (0) 7842 423317 | E: david.handley@north-standard.com

  

*Please note, my email domain has now changed from @nepia.com to @north-standard.com*



**NorthStandard Limited**
**NorthStandard EU DAC**

NorthStandard group incorporates entities, branches and offices worldwide and includes the insurance entities detailed below. For further details on our group please visit https://north-standard.com/how-we-trade/ . To identify your insurer within NorthStandard please refer to your policy documents or please contact us.

NorthStandard Limited (No. 505456) is registered in England and also trades as Sunderland Marine. Registered Office: 100 The Quayside, Newcastle upon Tyne, NE1 3DU, UK. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.

NorthStandard EU DAC is registered in Ireland (No. 628183) and also trades as Sunderland Marine. Registered Office: Fitzwilliam Hall, Fitzwilliam Place, Dublin, D02 T292,Ireland. Regulated by the Central Bank of Ireland.

The Standard Club Asia Ltd is registered in Singapore with limited liability (No. 199703224R). Registered Office:  3 Anson Road, #10-02 Springleaf Tower, Singapore 079909. Authorised and regulated by the Monetary Authority of Singapore. The Standard Club Asia Ltd (Hong Kong Branch), registered in Hong Kong (No. F0024636), authorised and regulated by the Hong Kong Insurance Authority.

The Standard Club Ireland DAC is registered in Ireland (No. 631911). Registered Office: Fitzwilliam Hall, Fitzwilliam Place, Dublin 2. Authorised and regulated by the Central Bank of Ireland (C182196).

The Standard Club UK Ltd is registered in England (No. 00017864). Registered Office: The Minster Building, 21 Mincing Lane, London, EC3R 7AG. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.

This email and any attachments are confidential and intended solely for the addressee. Please contact the sender if you have received this email in error as unauthorised use is prohibited.

Our privacy notice, and terms and conditions can be viewed by visiting:  north-standard.com

DISCLAIMER: Important Notice ************************************************* The information provided in this communication is not intended for retail clients. It is general in nature only and does not constitute advice or an offer to sell, or the solicitation of an offer to purchase any swap or other financial instruments, nor constitute any recommendation on our part. The information has been prepared without considering your investment objectives, financial situation, or knowledge and experience. This material is not a research report and is not intended as such. FIS is not responsible for any trading decisions taken based on this communication. Trading swaps and over-the-counter derivatives, exchange-traded derivatives, and options involve substantial risk and are not suitable for all investors. You are advised to perform an independent investigation to determine whether a transaction is suitable for you. No part of this material may be copied or duplicated in any form by any means or redistributed without our prior written consent. Freight Investor Services Ltd (FIS) is authorised and regulated by the Financial Conduct Authority (FRN: 211452) and is a member of the National Futures Association ("NFA"). Freight Investor Services PTE Ltd ('FIS PTE') is a private limited company, incorporated and registered in Singapore with company number 200603922G, and has subsidiary offices in India and Shanghai. Freight Investor Solutions DMCC ('FIS DMCC') is a private limited company, incorporated and registered in Dubai with company number DMCC1225. Further information about FIS including the location of its offices can be found on our website at www.freightinvestorservices.com

DISCLAIMER: Important Notice ************************************************* The information provided in this communication is not intended for retail clients. It is general in nature only and does not constitute advice or an offer to sell, or the solicitation of an offer to purchase any swap or other financial instruments, nor constitute any recommendation on our part. The information has been prepared without considering your investment objectives, financial situation, or knowledge and experience. This material is not a research report and is not intended as such. FIS is not responsible for any trading decisions taken based on this communication. Trading swaps and over-the-counter derivatives, exchange-traded derivatives, and options involve substantial risk and are not suitable for all investors. You are advised to perform an independent investigation to determine whether a transaction is suitable for you. No part of this material may be copied or duplicated in any form by any means or redistributed without our prior written consent. Freight Investor Services Ltd (FIS) is authorised and regulated by the Financial Conduct Authority (FRN: 211452) and is a member of the National Futures Association ("NFA"). Freight Investor Services PTE Ltd ('FIS PTE') is a private limited company, incorporated and registered in Singapore with company number 200603922G, and has subsidiary offices in India and Shanghai. Freight Investor Solutions DMCC ('FIS DMCC') is a private limited company, incorporated and registered in Dubai with company number DMCC1225. Further information about FIS including the location of its offices can be found on our website at www.freightinvestorservices.com