UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BALTNAV SINGAPORE PTE LTD, | ) |
| Petitioner, | ) Case No. 24-cv-08898 |
| v. | ) |
| GLOBAL AMERICAN TRANSPORT LLC, | ) |
| Respondent. | ) |

**PETITIONER BALTNAV SINGAPORE PTE LTD'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner BALTNAV SINGAPORE PTE LTD gives notice that the above captioned action is voluntarily dismissed without prejudice against the Respondent, GLOBAL AMERICAN TRANSPORT LLC.

BALTNAV SINGAPORE PTE LTD,

/s/ Gabrielle Minotti
Its attorney

Timothy S. McGovern (IL 6275492)
Gabrielle Minotti (IL 6345938)
Floyd Zadkovich (US) LLP
53 West Jackson – Suite 835
Chicago, Illinois 60604
(312) 415-7276
tim.mcgovern@floydzad.com
gabrielle.minotti@floydzad.com